IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAW OFFICES OF ROSALIND R. RAY, PLLC, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL EXPRESS, and JOHN DOE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    Case No.: _____ |

## DEFENDANT'S RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Federal Express Corporation, d/b/a FedEx Express ("FedEx"), hereby certifies that to the best of his knowledge and belief, that:

(1) The full name of the party the attorney represents in this case is Federal Express Corporation. Federal Express Corporation also does business as FedEx Express.

(2) The parent corporation of FedEx Express is FedEx Corporation. FedEx Corporation owns 100% of the stock of FedEx Express.

Respectfully Submitted,

_____
JAMES E. FAGAN III, ESQ.
BAR NUMBER: 502006
VENABLE LLP
575 7TH STREET, NW
WASHINGTON, D.C. 20004
TELEPHONE: 202-344-8041
FACSIMILE: 202-344-8300

Attorney for Defendant
FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS

## CERTIFICATE OF SERVICE

I, do hereby certify, that a true and correct copy of the foregoing document was sent via U.S. Mail, postage prepaid, this the 5th day of May, 2008, to:

Rosalind R. Ray, Esquire
Law Offices of Rosalind R. Ray, PLLC
6856 Eastern Avenue, NW #208
Washington, DC 20012


_____
JAMES E. FAGAN III, ESQ.