IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAW OFFICES OF ROSALIND R. RAY, PLLC, | ) ) ) |
| Plaintiff, | ) ) Case No.: 08-0775-JDB |
| vs. | ) ) ) |
| FEDERAL EXPRESS, et al. | ) ) ) |
| Defendants. | ) |

**CONSENT MOTION AND MEMORANDUM OF POINTS
AND AUTHORITIES FOR CONTINUANCE OF
INITIAL SCHEDULING CONFERENCE**

Defendant Federal Express Corporation, d/b/a FedEx Express, by counsel respectfully submits this consent motion seeking to briefly defer the scheduled July 21, 2008, to a date in August 2008 that is convenient for the Court.

The reason for the request for deferral is that counsel for the Defendant is scheduled to be out of the state and the area on July 21, 2008. In addition, counsel for the Defendant is the only one sufficiently familiar with the case to adequately represent the Defendant at the initial scheduling conference. The request should not unreasonably extend this matter or unduly delay the proceedings.

### Local Rule 7(m) Certification

The Defendant has conferred with counsel for the Plaintiff in compliance with LCvR 7(m), and counsel has consented to a brief continuance.

For the reasons stated herein, Defendant FedEx Express respectfully requests that this Court grant this consent motion and re-schedule the pending initial scheduling conference.

Dated: July 9, 2008.

          Respectfully Submitted,

          VENABLE LLP

          _____

          JAMES E. FAGAN III, ESQ.
          BAR NUMBER: 502006
          575 7TH STREET, NW
          WASHINGTON, D.C. 20004
          TELEPHONE: 202-344-8041
          FACSIMILE: 202-344-8300
          jefagan@venable.com

          Attorney for Defendant
          FEDERAL EXPRESS CORPORATION,
          D/B/A FEDEX EXPRESS

## **CERTIFICATE OF SERVICE**

I, do hereby certify, that a true and correct copy of the foregoing document was filed via ECF and sent via U.S. Mail, postage prepaid, this the 9th day of July, 2008, to:

> Rosalind R. Ray, Esquire
> Law Offices of Rosalind R. Ray, PLLC
> 6856 Eastern Avenue, NW #208
> Washington, DC 20012

_____
JAMES E. FAGAN III, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAW OFFICES OF ROSALIND R. RAY, PLLC, | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 08-0775-JDB |
| vs. | ) ) ) | |
| FEDERAL EXPRESS, et al. | ) ) ) | |
| Defendants. | ) | |

### CONSENT ORDER

Upon consideration of the Consent Motion for Continuance of the Initial Scheduling Conference, and for good cause shown, it is this ____ day of July 2008, hereby

ORDERED that the consent motion is Granted, and

IT IS FURTHER ORDERED, that the initial scheduling conference in this matter is re-set for the ____ day of _____ 2008 at _____.

SO ORDERED.

_____
JOHN D. BATES
United States District Judge

Copies to:

JAMES E. FAGAN III, ESQ.
BAR NUMBER: 502006
575 7TH STREET, NW
WASHINGTON, D.C. 20004
TELEPHONE: 202-344-8041
FACSIMILE: 202-344-8300
jefagan@venable.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS


AND

ROSALIND R. RAY, ESQUIRE
Law Offices of Rosalind R. Ray, PLLC
6856 Eastern Avenue, NW #208
Washington, DC 20012
Rozray160@cs.com

Attorney for the Plaintiff
THE LAW OFFICES OF ROSALIND R. RAY