IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAW OFFICES OF<br>ROSALIND R. RAY, PLLC, | )<br>)<br>) |
| Plaintiff, | )   Case No.: 08-0775-JDB<br>) |
| vs. | )<br>) |
| FEDERAL EXPRESS, et al. | )<br>) |
| Defendants. | ) |

### CONSENT MOTION AND MEMORANDUM OF POINTS
### AND AUTHORITIES FOR CONTINUANCE OF
### <u>INITIAL SCHEDULING CONFERENCE</u>

Defendant Federal Express Corporation, d/b/a FedEx Express, by counsel respectfully submits this consent motion seeking to briefly defer the scheduled July 21, 2008, to a date in August 2008 that is convenient for the Court.

The reason for the request for deferral is that counsel for the Defendant is scheduled to be out of the state and the area on July 21, 2008.  In addition, counsel for the Defendant is the only one sufficiently familiar with the case to adequately represent the Defendant at the initial scheduling conference.  The request should not unreasonably extend this matter or unduly delay the proceedings.

### <u>Local Rule 7(m) Certification</u>

The Defendant has conferred with counsel for the Plaintiff in compliance with LCvR 7(m), and counsel has consented to a brief continuance.

For the reasons stated herein, Defendant FedEx Express respectfully requests that this Court grant this consent motion and re-schedule the pending initial scheduling conference.

Dated: July 9, 2008.

                                  Respectfully Submitted,

                                  VENABLE LLP

                                  _____/s/_____
                                  JAMES E. FAGAN III, ESQ.
                                  BAR NUMBER: 502006
                                  575 7TH STREET, NW
                                  WASHINGTON, D.C. 20004
                                  TELEPHONE: 202-344-8041
                                  FACSIMILE: 202-344-8300
                                  jefagan@venable.com

                                  Attorney for Defendant
                                  FEDERAL EXPRESS CORPORATION,
                                  D/B/A FEDEX EXPRESS

## CERTIFICATE OF SERVICE

I, do hereby certify, that a true and correct copy of the foregoing document was filed via ECF and sent via U.S. Mail, postage prepaid, this the 9th day of July, 2008, to:

Rosalind R. Ray, Esquire
Law Offices of Rosalind R. Ray, PLLC
6856 Eastern Avenue, NW #208
Washington, DC 20012


_____/s/_____
JAMES E. FAGAN III, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAW OFFICES OF<br>ROSALIND R. RAY, PLLC,<br><br>  Plaintiff,<br><br>vs.<br><br>FEDERAL EXPRESS, et al.<br><br>  Defendants. | )<br>)<br>)<br>)  Case No.: 08-0775-JDB<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT ORDER

Upon consideration of the Consent Motion for Continuance of the Initial Scheduling Conference, and for good cause shown, it is this ___ day of July 2008, hereby

  ORDERED that the consent motion is Granted, and

  IT IS FURTHER ORDERED, that the initial scheduling conference in this matter is re-set for the ___ day of _____ 2008 at _____.

  SO ORDERED.


              _____
              JOHN D. BATES
              United States District Judge

Copies to:

JAMES E. FAGAN III, ESQ.
BAR NUMBER: 502006
575 7TH STREET, NW
WASHINGTON, D.C. 20004
TELEPHONE: 202-344-8041
FACSIMILE: 202-344-8300
jefagan@venable.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION,
D/B/A FEDEX EXPRESS


AND

ROSALIND R. RAY, ESQUIRE
Law Offices of Rosalind R. Ray, PLLC
6856 Eastern Avenue, NW #208
Washington, DC 20012
Rozray160@cs.com

Attorney for the Plaintiff
THE LAW OFFICES OF ROSALIND R. RAY